THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John Daniel Walker,       
Appellant.
 
 
 

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2003-UP-368
Submitted March 26, 2003  Filed May 
 22, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Warren Blair Giese, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Appellant John Daniel Walker 
 was indicted for first- degree burglary, strong arm robbery, and two counts 
 of assault and battery of a high and aggravated nature (ABHAN).  The trial court 
 sentenced him to eighteen years for burglary, fifteen years for strong arm robbery 
 and ten years for each count of ABHAN.  Counsel for Walker attached to the final 
 brief a petition to be relieved as counsel.  Walker did not file a pro se 
 response.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Owens appeal and 
 grant counsels petition to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ. concur.